UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

OCT 15 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MELISSA AHLMAN; et al.,<br><br>         Plaintiffs-Appellees,<br><br>  v.<br><br>DON BARNES, in his official capacity as Sheriff of Orange County, California; COUNTY OF ORANGE,<br><br>         Defendants-Appellants. | No.   20-55568<br>       20-55668<br><br>D.C. No.<br>8:20-cv-00835-JGB-SHK<br>Central District of California,<br>Santa Ana<br><br>ORDER |

Before:  W. FLETCHER and BYBEE, Circuit Judges.

Appellees' motions to dismiss these appeals as moot (Docket Entry No. 37 in appeal No. 20-55568, Docket Entry No. 11 in appeal No. 20-55668) are referred to the panel assigned to decide the merits of these appeals.

The motion to extend time to file the opening brief (Docket Entry No. 8 in appeal No. 20-55668) is granted.

The stipulated motion to consolidate these appeals (Docket Entry No. 33 in appeal No. 20-55568) is granted.  These appeals are consolidated.

The Clerk shall file the opening briefs at Docket Entry No. 38 in appeal No. 20-55568 and Docket Entry No. 12 in appeal No. 20-55668, the excerpts of record at Docket Entry No. 39 in appeal No. 20-55568 and Docket Entry No. 13 in appeal No. 20-55668, the answering briefs at Docket Entry No. 43 in appeal No. 20-55568

LAB/MOATT

and Docket Entry No. 17 in appeal No. 20-55668, and the supplemental excerpts of record at Docket Entry No. 44 in appeal No. 20-55568 and Docket Entry No. 18 in appeal No. 20-55668.  The optional consolidated reply brief is due 21 days after service of the answering brief.